USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1565 RONALD E. EGAN, Plaintiff, Appellant, v. ATHOL MEMORIAL HOSPITAL, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Ronald E. Egan on brief pro se. ______________ Francis D. Dibble, Jr., J. Michael Scully and Bulkley, Richardson _______________________ _________________ ___________________ and Gelinas, LLP on brief for appellee Athol Memorial Hospital. ________________ Gerard R. Laurence, Karyn Polito and Milton, Laurence & Dixon on __________________ _____________ ________________________ brief for appellee Yong Min Chi, M.D. ____________________ January 6, 1998 ____________________ Per Curiam. After carefully reviewing the record __________ and the parties' briefs, we affirm the district court's judgment for essentially the reasons stated in its Memorandum and Order, dated March 28, 1997. We add only that summary judgment was proper on the antitrust claims because appellant failed to submit any facts from which the court could conclude, either directly or by inference, that the actions of the appellees harmed competition in any way. See Benjamin ___ ________ v. Aroostook Med. Ctr., Inc., 113 F.3d 1, 1-2 (1st Cir. 1997) _________________________ (per curiam). Affirmed. See Local Rule 27.1 ________ ___ -2-